# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-01006-CV

**Janice Lynne Hallas, Appellant**

**v.**

**Christopher Hallas, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2020-0951D, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Janice Lynn Hallas appeals from the trial court's Final Decree of Divorce. Appellee Christopher Hallas has moved to dismiss this appeal, and Janice[1] has filed a response to that motion. Janice also has filed an unopposed motion asking that this appeal be stayed pending this Court's decision on Christopher's motion to dismiss this appeal.

In conjunction with Janice's unopposed motion, we abate this appeal, staying all current briefing deadlines, pending this Court's decision on Christopher's motion to dismiss, which remains pending before this Court.

It is ordered on July 15, 2026.

---

[1] Because the parties share a surname, we refer to them by their given names to reduce confusion.

Before Chief Justice Byrne, Justices Kelly and Theofanis

Abated

Filed:   July 15, 2026